UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| JOSELITO FABIONAR, | No. C 12-991 MEJ |
| Plaintiff, | **ORDER VACATING CMC** |
| v. | |
| FIRST FEDERAL BANK OF CALIFORNIA, et al., | |
| Defendants. | |

This matter is currently scheduled for a Case Management Conference on June 7, 2012. However, as the case has been referred to the ADR Unit for an assessment telephone conference, the c.m.c. is VACATED pending resolution of this ADR process.

**IT IS SO ORDERED.**

Dated: April 17, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge