UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSELITO FABIONAR, individuals, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST FEDERAL BANK OF CALIFORNIA, as the Original Lender; SEASIDE FINANCIAL CORPORATION, as the Original Trustee; COMMONWEALTH LAND TITLE, Title Company; ONE WEST BANK, as Sub Servicer; AURORA LOAN SERVICES LLC, as the PSA Master Servicer; LEHMAN BROTHERS HOLDINGS INC. PSA Sponsor and Seller; STRUCTURED ASSET SECURITIES CORPORATION, as PSA Depositor; CITIBANK, N.A., as PSA Trustee; LASALLE BANK, N.A. U.S. BANK, N.A. WELLS FARGO BANK, N.A. PSA Custodian; LEHMAN XS TRUST, SERIES 2005-3, as the PSA Trust Issuing Entity; TD SERVICE COMPANY, as the Foreclosing Trustee; and DOES 1 THROUGH 100, INCLUSIVE<br><br>Defendants. | Case No: C 12-0991 SBA<br><br>**ORDER** |

On February 27, 2012, Plaintiff Joselito Fabionar ("Plaintiff"), proceeding pro se, brought the instant action against Defendants alleging various claims arising out of a home loan and the initiation of foreclosure proceedings. See Compl., Dkt. 1. The parties are presently before the Court on Defendant Wells Fargo Bank, N.A.'s ("Wells Fargo") motion to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure, which was filed on

1   April 17, 2012.  Dkt. 3.  Also before the Court is Defendant Aurora Loan Service, LLC's
2   ("Aurora") motion to dismiss under Rule 12(b)(6), which was filed on May 7, 2012.  Dkt.
3   13.  Under Local Rule 7-3, a party must file an opposition or statement of non-opposition to
4   a motion no later than fourteen days (14) after the motion is filed.  See N.D. Cal. Civ. L.R.
5   7-3(a), (b).[1]  This Court's Standing Orders specifically warn that "failure of the opposing
6   party to file a memorandum of points and authorities in opposition to any motion shall
7   constitute a consent to the granting of the motion."  Civil Standing Orders at 5, Dkt. 21.  To
8   date, Plaintiff has not filed a response to Wells Fargo's or Aurora's motion to dismiss in
9   violation of Civil Local Rule 7-3.
10         The failure to file an opposition to a motion to dismiss in the manner prescribed by
11  the Court's Local Rules is a ground for dismissal.  Ghazali v. Moran, 46 F.3d 52, 53 (9th
12  Cir. 1995) (per curiam) (failure to file an opposition to a motion to dismiss in violation of a
13  local rule is a proper ground to grant the motion).  Here, although Plaintiff's failure to file
14  an opposition to either of the motions to dismiss is a proper ground to grant the motions, the
15  Court will afford Plaintiff the opportunity to respond to the motions by no later than ten
16  (10) days from the date this Order is filed.  The Court, however, warns Plaintiff that the
17  failure to comply with this deadline will result in dismissal of this action with prejudice
18  under Rule 41(b) of the Federal Rules of Civil Procedure.  Ferdik v. Bonzelet, 963 F.2d
19  1258, 1260 (9th Cir. 1992) (pursuant to Rule 41(b), a district court may dismiss an action
20  for failure to comply with any order of the court).
21         Accordingly, IT IS HEREBY ORDERED THAT:
22         1.     Plaintiff shall file a response to Wells Fargo's and Aurora's motion to dismiss
23  by no later than ten (10) days from the date this Order is filed.  In the event Plaintiff fails to
24  timely comply with this Order, this action will be dismissed with prejudice under Rule

---

[1] The deadline to file an opposition is extended by 3 days if the motion was not filed and served through the Court's Electronic Case Filing ("ECF") system and was served pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), (D), (E) or (F).  Civ. L.R. 7-3(a).

1 | 41(b).  Wells Fargo and Aurora shall notify the Court if Plaintiff fails to comply with this
2 | Order.
3 |     IT IS SO ORDERED
4 | Dated: 7/10/12

                                               _____
                                               SAUNDRA BROWN ARMSTRONG
                                               United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOSELITO FABIONAR,

        Plaintiff,

  v.

FIRST FEDERAL BANK OF CALIFORNIA et al,

        Defendant.
                                       /

                                                             Case Number: CV12-00991 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 12, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joselito Fabionar
27624 Baldwin Street
Hayward, CA 94544


Dated: July 12, 2012
                                       Richard W. Wieking, Clerk

                                              By: Lisa Clark, Deputy Clerk